_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01994-FWS-MAR                          Date: September 5, 2023
Title: Ana M. Hanson *et al.* v. Spectrum Construction Group *et al.*

_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

     Plaintiffs initiated this action on October 31, 2022, asserting one cause of action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1002 *et seq.*, against Defendants Bisher Aljazzar and Spectrum Construction Group, Inc. (*See* Dkt. 1 ("Compl.") ¶ 14.)

     On December 14, 2022, Plaintiffs requested that the Clerk of Court enter default against both Defendants. (Dkts. 13, 14.) The Clerk entered default as to both Defendants on December 16, 2022. (Dkts. 15, 16.) Five days later, on December 21, 2022, Defendant Aljazzar filed a motion to dismiss the Complaint. (Dkt. 18.) Plaintiffs then filed a motion for default judgment on January 19, 2023. (Dkt. 19.)

     On January 23, 2023, the court struck Defendant Aljazzar's motion to dismiss because Defendant was in default and had not properly appeared before the court. (Dkt. 20.) On February 15, 2023, Defendant Aljazzar filed a motion to set aside his default. (Dkt. 22.) The court granted the order on February 24, 2023. (Dkt. 23.)

     On May 31, 2023, Defendant Bisher Aljazzar filed a "Notice of Stay of Proceedings," indicating he filed for bankruptcy under Chapter 13 of the United States Bankruptcy Code. (Dkt. 32 at 3.) Based on this Notice of Stay of Proceedings, the court stayed the case as to Defendant Bisher Aljazzar. (Dkt. 33.)

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01994-FWS-MAR                                                    Date: September 5, 2023
Title: Ana M. Hanson *et al.* v. Spectrum Construction Group *et al.*

On July 14, 2023, the court denied Plaintiffs' motion for default judgment because: (1) Plaintiffs had not adequately served Defendant Spectrum Construction Group; and (2) default judgment was premature pursuant to the rule articulated by the Supreme Court in *Frow v. De La Vega*, 82 U.S. 552 (1872).  (Dkt. 34 at 6-8.)

As of the date of this Order, Plaintiffs have not filed any additional proof of service or subsequent motions for default judgment.  (*See generally* Dkt.)  Therefore, the court **ORDERS** Plaintiffs to show cause in writing why this case should not be dismissed for failure to prosecute as to Defendant Spectrum Construction Group no later than **October 3, 2023**.  Plaintiffs may also discharge this Order by filing a motion for default judgment that cures the deficiencies noted in the court's July 14, 2023, Order.

Failure to comply with the court's order may result in dismissal.  *See* Fed. R. Civ. P. 41(b)*; Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 699 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku