# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 22-01994-FWS (MARx) | Date | October 11, 2022 |
|---|---|---|---|
| Title | Ana M. Hanson et al v. Spectrum Construction Group Inc et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 5, 2023, the court ordered the parties to file a joint status report every ninety (90) days regarding the status of Defendant Bisher Aljazzar's bankruptcy proceedings. (Dkt. 33.) To date, the parties have not filed any joint status report. (*See generally* Dkt.) Furthermore, on September 5, 2023, the court ordered Plaintiffs to show cause in writing by October 3, 2023, why this case should not be dismissed for failure to prosecute as to Defendant Spectrum Construction Group. Plaintiffs did not respond to the Order to Show Cause. (*See generally* Dkt.) Accordingly, the court **ORDERS all parties**, including Plaintiff Ana M. Hanson, Plaintiff Terry Nelson, and Defendant Bisher Aljazzar, to appear for an **in-person hearing** on the joint status reports and Order to Show Cause on **October 19, 2023, at 11:00 a.m.** in Courtroom 10D of the Ronald Reagan Federal Building and United States Courthouse. Failure to timely and adequately comply with the court's orders may result in dismissal of this action. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 699 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

|  | - : - |
|---|---|
| Initials of Deputy Clerk | mku |

cc: